# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Go, Marilyn D. | Eastern District of New York | 05/15/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, part-time (ad hoc recall) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Court House, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Self-employed lawyer (partner in law practice) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CMA at Citibank, N.A. | A | Interest | K | T | | | | | |
| 2. Tesoro Petroleum (common stock) | B | Dividend | L | T | | | | | |
| 3. Brokerage Account #1 (IRA - stock) | | | | | | | | | |
| 4. Bristol Myers Squibb Co. (common shares in IRA) | A | Dividend | J | T | | | | | |
| 5. ChevronTexaco Corp. (common stock in IRA) | A | Dividend | K | T | | | | | |
| 6. Exxon Mobil Corp. (common stock in IRA) | A | Dividend | K | T | | | | | |
| 7. Frontier Communications Corp. (common stock) | A | Dividend | J | T | | | | | |
| 8. Hawaiian Electric Industries Inc. (common stock in IRA) | A | Dividend | J | T | | | | | |
| 9. Hewlett Packard Enterprise (common stock in IRA) | A | Dividend | J | T | | | | | |
| 10. HP Inc. (common stock in IRA) | A | Dividend | J | T | | | | | |
| 11. Microsoft (common stock in IRA) | A | Dividend | K | T | | | | | |
| 12. Raytheon (common stock in IRA) | A | Dividend | J | T | | | | | |
| 13. Verizon Communications (common stock in IRA) | A | Dividend | J | T | | | | | |
| 14. Morgan Stanley Private Bank Deposit Prog (for uninvested funds in IRA) | A | Interest | J | T | | | | | |
| 15. New Combined Account (previously Brokerage Acct. #2 and #3 | | | | | | | | | See note 1, Pt. VIII |
| 16. Ace Ltd. (common stock) See note 2, Pt. VIII | | | | | Merged (with line 51) | 01/19/16 | | | See note 2, Pt. VIII |
| 17. Alliancebernstein Holding L.P. (common stock) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AT&T (common stock) | C | Dividend | M | T | | | | | |
| 19. Becton Dickeinson & Co. (common stock) | A | Dividend | K | T | | | | | |
| 20. Blackstone Group LP (common stock) | A | Dividend | K | T | | | | | |
| 21. Boeing (common stock) | B | Dividend | L | T | Buy (add'l) | 05/10/16 | K | | |
| 22. Bristol Myers Squibb Co. (common stock) | C | Dividend | L | T | | | | | |
| 23. Chevron Corp. (common stock) | D | Dividend | N | T | | | | | |
| 24. Church & Dwight Co Inc. (common stock) | A | Dividend | K | T | | | | | |
| 25. Exxon Mobil Corp. (common stock) | D | Dividend | N | T | | | | | |
| 26. Glaxosmithkline PLC ADR (common stock) | A | Dividend | K | T | | | | | |
| 27. Hawaiian Electric Indusctries, Inc. (common stock) | B | Dividend | K | T | | | | | |
| 28. Intel (common stock) | A | Dividend | K | T | | | | | |
| 29. KKR & Co LP (common stock) | A | Dividend | J | T | | | | | |
| 30. Lockheed Martin Corp. (common stock) | A | Dividend | K | T | | | | | |
| 31. Lyondellbasell NV Cl-A(common stock) | A | Dividend | K | T | | | | | |
| 32. Merck & Co. Inc. New (common stock) | B | Dividend | L | T | | | | | |
| 33. Pepsico Inc NC (common stock) | A | Dividend | K | T | | | | | |
| 34. Pfizer Inc. (common stock) | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PPG Inductries Inc. (common stock) | A | Dividend | K | T | | | | | |
| 36. Prairiesky Rty Ltd (PREKF) | A | Int./Div. | J | T | Spinoff (from line 49) | 06/17/16 | J | | See note 3, Part VIII |
| 37. Quality Care Properties Inc. (OCP) | A | Int./Div. | J | T | Spinoff (from line 56) | 10/24/16 | J | | |
| 38. Unilever NV NY Sh New (common stock in IRA) | A | Dividend | J | T | | | | | |
| 39. Verizon Communications (common stock in IRA) | C | Dividend | K | T | | | | | |
| 40. Walt Disney Co Holdg Co (common stock in IRA) | A | Dividend | K | T | | | | | |
| 41. Wells Fargo & Co. New (common stock in IRA) | A | Dividend | K | T | | | | | |
| 42. Morgan Stanley Bank Deposit Prog (for uninvested fds in KEOGH) | A | Int./Div. | M | T | | | | | |
| 43. Combined New Account (cont'd) (previously Brokerage Acct. #3) | | | | | | | | | See note 1, Part VIII |
| 44. ACE Ltd. (common stock ) | | | | | Merged (with line 51) | | | | See note 2, Part VIII |
| 45. Apple Inc. (common stock) | A | Dividend | K | T | | | | | |
| 46. AT&T (common stock) | | | | | | | | | rep'd on line 18 per n. 1 |
| 47. American Electric Power Co., Inc. (common stock) | C | Dividend | M | T | Buy (add'l) | 05/10/16 | K | | |
| 48. Bristol Myers Squibb Co. (common shares) | | | | | | | | | rep'd on line 22 per n. 1 |
| 49. Canadian Natural Resources Ltd. (common stock) | A | Dividend | J | T | | | | | See ln. 36; n. 3, Pt VIII |
| 50. Chevron (common stock) | | | | | | | | | rep'd on line 23 per n. 1 |
| 51. Chubb Corp. (common stock iin KEOGH) | C | Dividend | M | T | Redeemed (part) | 01/19/16 | L | D | See note 2, Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Conoco Phillips (common stock in KEOGH) | B | Dividend | L | T | | | | | |
| 53. Con Edison Inc. (common stock) | B | Dividend | K | T | | | | | |
| 54. Enterprise Products Prtnrs LP (EPD) | C | Int./Div. | K | T | | | | | |
| 55. Exxon Mobil Corp. (common stock) | | | | | | | | | rep'd on line 25 per n. 1 |
| 56. HCP Inc. (New) (commonc stock) | B | Dividend | K | T | | | | | |
| 57. Hawaiian Electric Indus. Inc. (common stock) | | | | | | | | | rep'd on line 27 per n. 1 |
| 58. Health Care REIT (name change to Welltower, line 75) | | | | | | | | | See note 4, Part VIII |
| 59. Hess Corporation (common stock) | A | Dividend | K | T | | | | | |
| 60. J.P. Morgan Chase & Co. (common stock) | C | Dividend | M | T | | | | | |
| 61. Johnson & Johnson (stock) | C | Dividend | M | T | Buy (add'l) | 05/10/16 | K | | |
| 62. McDonalds Corp. (common stock) | C | Dividend | M | T | Buy (add'l) | 05/10/16 | K | | |
| 63. Merck & Co Inc NEW stock | | | | | | | | | rep'd on line 32 per n. 1 |
| 64. Nextera Energy (common stock in KEOGH) | D | Dividend | M | T | | | | | |
| 65. Oracle (common stock in KEOGH) | A | Dividend | K | T | | | | | |
| 66. Pfizer Inc. (common stock) | | | | | | | | | rep'd on line 34 per n. 1 |
| 67. PPG Industries Inc. (common stock) | | | | | | | | | rep'd on line 35 per n. 1 |
| 68. Royal Dutch PTLM (NY registrty shares in KEOGH) | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Schlumberger Ltd. (stock in KEOGH) | C | Dividend | M | T | | | | | |
| 70. Transocean Ltd (RIG) | A | Int./Div. | J | T | | | | | |
| 71. Verizon Communications (common stock) | | | | | | | | | rep'd on line 39 per n. 1 |
| 72. Walt Disney (common stock) | | | | | | | | | rep'd on line 40 per n. 1 |
| 73. Wells Fargo & Co. New (common stock) | | | | | | | | | rep'd on line 41 per n. 1 |
| 74. Welltower Inc. (common stock in KEOGH) | C | Dividend | K | T | | | | | See note 4, Part VIII |
| 75. PDR Servs. LLC: SPDR Dow Jones Indl Avg ETF (equity portfol) | B | Int./Div. | L | T | | | | | |
| 76. Barclays Glob Fd Advisrs: IShares TR Dow Jones Sel Div Ind | C | Int./Div. | M | T | | | | | |
| 77. Barclays Global Fd Advisrs: ISharesRussell 2000 Index Fd | B | Int./Div. | M | T | | | | | |
| 78. PDR Services LLC: SPDR S&P ETF Trust (equity portfolio) | B | Int./Div. | M | T | | | | | |
| 79. Morgan Stanley Bank Deposit Prog (for uninvested fds in KEOGH) | | | | | | | | | rep'd on line 43 per n. 1 |
| 80. End of New Combined Account | | | | | | | | | |
| 81. Nanox Imaging Ltd. | | None | M | U | | | | | See note 3, Pt. VIII |
| 82. Stone Israventures LLC | | None | M | U | Buy (add'l) | 10/21/16 | K | | |
| 83. Softbank Technology Ventures, L.P. (limited ptnership int.) | | None | K | U | | | | | |
| 84. rental income from unit in Kings County, New York | F | Rent | N | U | | | | | |
| 85. Brokerage Account #4 (IRA mutual funds) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. American Funds: American Fds Growth Fund of America (IRA) | A | Int./Div. | M | T | | | | | |
| 87. Blackrock Inc.: Blackrock Equity Dividend Fund | A | Int./Div. | M | T | | | | | |
| 88. Columbia Management Funds: Columbia Acorn Fund Class A (IRA) | A | Int./Div. | K | T | | | | | |
| 89. Federated Funds: Federated Kaufman Fund Class A (IRA) | A | Int./Div. | K | T | | | | | |
| 90. First Eagle Funds: First Eagle Global Fund Class A (IRA) | A | Int./Div. | M | T | | | | | |
| 91. Loomis Sayles Funds: Loomis Sayles Bd Fd Class Retail (IRA) | A | Int./Div. | L | T | | | | | |
| 92. MFS: MFS Bond Fund A (IRA) | A | Int./Div. | J | T | | | | | |
| 93. MFS: MFS Research Fund Class A (IRA) | A | Int./Div. | K | T | | | | | |
| 94. Parnassus Investments: Parnasus Equity Income Fund | A | Int./Div. | M | T | | | | | |
| 95. Pimco Funds: Pimco Real Return Fund Class A (IRA) | A | Int./Div. | J | T | Sold (part) | 01/22/16 | J | A | add'l sales on 7/22, 10/24 |
| 96. Royce Special Equity Fund (IRA) | A | Int./Div. | J | T | | | | | |
| 97. Victory Capital Management Inc.: Victory Estab. Value Fund | A | Int./Div. | M | T | | | | | |
| 98. Virtus Funds: Virtus Multi-sector Short Term Bond Fun (IRA) | A | Dividend | M | T | | | | | |
| 99. end of Account #4 | | | | | | | | | |
| 100. Account #5 | | | | | | | | | |
| 101. American Funds : AMCAP FUND CLASS 529C (college trust fund) | A | Int./Div. | | | Sold | 07/13/16 | J | A | 2d & final sale on 12/13 |
| 102. American Funds : American Mutual Fund Class 529C | A | Int./Div. | | | Sold | 07/13/16 | J | A | 2d & final sale on 12/13 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. American Funds: Amer Cap Wrld Grwth & Inc (collge trust fd) | A | Int./Div. | | | Sold | 07/13/16 | J | A | 2d & final sale on 12/13 |
| 104. American Funds : Euro PacGrowth Fund of America Class 529C | A | Int./Div. | | | Sold | 07/13/16 | J | A | 2d & final sale on 12/13 |
| 105. American Funds: Washington Mut Investrs Fd (college tr fd) | A | Int./Div. | | | Sold | 07/13/16 | J | A | 2d & final sale on 12/13 |
| 106. American Funds: The Income Fd of Amer (college tr fd) | A | Int./Div. | | | Sold | 07/13/16 | J | A | 2d & final sale on 12/13 |
| 107. American Funds: The Bond Fund of Amer (college tr fd) | A | Int./Div. | | | Sold | 07/13/16 | J | A | 2d & final sale on 12/13 |
| 108. American Fds: Grwth Fd of Amer cl 529c (collge trust fd) | A | Int./Div. | | | Sold | 07/13/16 | J | A | 2d & final sale on 12/13 |
| 109. Account #6 | | | | | | | | | |
| 110. American Funds : AMCAP FUND CLASS 529C (college trust fund) | A | Int./Div. | K | T | | | | | |
| 111. American Funds : American Mutual Fund Class 529C | A | Int./Div. | K | T | | | | | |
| 112. American Funds: Amer Cap Wrld Grwth & Inc (college trust fd) | A | Int./Div. | K | T | | | | | |
| 113. American Funds : EuroPac Growth Fund of America Class 529C | A | Int./Div. | J | T | | | | | |
| 114. American Funds: Washington Mut Investrs Fd (college tr fd) | A | Int./Div. | K | T | | | | | |
| 115. American Funds: The Income Fd of Amer (college tr fd) | A | Int./Div. | K | T | | | | | |
| 116. American Funds: The Bond Fund of Amer (college tr fd) | A | Dividend | K | T | | | | | |
| 117. American Fds: Grwth Fd of Amer cl 529c (collge trust fd) | A | Int./Div. | K | T | | | | | |
| 118. Account # 7 | | | | | | | | | |
| 119. American Century Inv. : Centuury Heritage Funds | A | Int./Div. | J | T | Sold (part) | 03/31/16 | J | A | 6 add'l sales. See note 6 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. American Funds: Growth Fund of America Class F | A | Int./Div. | J | T | Sold (part) | 03/31/16 | K | D | 6 add'l sales. See note 6 |
| 121. Dreyfus: Dreyfus Small Company Value Fund | A | Int./Div. | J | T | Sold (part) | 03/31/16 | J | A | 6 add'l sales. See note 6 |
| 122. First Eagle: FE Overseas Funds | A | Int./Div. | K | T | Sold (part) | 03/31/16 | K | A | 7 add'l sales. See note 7 |
| 123. Franklin Templeton Investments: FT Mut Glob Discv Fd Cl A | A | Int./Div. | J | T | Sold (part) | 03/31/16 | J | B | 6 add'l sales. See note 7 |
| 124. GAMCO Investors: Gabelli Equity Inv. Fund Cl A | A | Int./Div. | J | T | Sold (part) | 03/31/16 | K | D | 6 add'l sales. See note 6 |
| 125. MFS: MFS Value Fund Class A | | None | J | T | Sold (part) | 03/31/16 | K | D | 6 add'l sales. See note 6 |
| 126. Oppenheimer Funds: Oppenheimer Dev Mrkts Fd Cl A | A | Int./Div. | J | T | Sold (part) | 03/31/16 | J | B | 6 add'l sales. See note 6 |
| 127. Royce: Royce Special Equity Fund | A | Int./Div. | J | T | Sold (part) | 03/31/16 | J | A | 7 add'l sales. See note 7 |
| 128. Virtus Funds: Virtus Contrarian Val Fund Cl I | A | Int./Div. | J | T | Sold (part) | 03/31/16 | J | A | See note 8 |
| 129. Virtus Funds: Virtus Multi-Sector Short Term Bd Fund Cl | A | Int./Div. | J | T | Sold (part) | 03/31/16 | J | A | See note 8 |
| 130. WellsFargo: WF Ad vantage Growth Fund | A | Int./Div. | J | T | Sold (part) | 03/31/16 | J | A | 6 add'l sales. See note 6 |
| 131. Baring Global Credit Inc Opp Fund Class A, formerly Babson Gl Cred IOF | A | Int./Div. | J | T | Sold (part) | 03/31/16 | J | A | 7 add'l sales. See note 7 |
| 132. Baring Global Floating Rate Fund Class A, formerly Babson Glob Fl Rt | A | Int./Div. | J | T | Sold (part) | 03/31/16 | J | A | 6 add'l sales. See note 6 |
| 133. John Hancock: John Hancock NY Tax Exmpt Fd Cl A | | None | J | T | Sold (part) | 03/31/16 | K | A | 7 add'l sales. See note 7 |
| 134. JP MorganStrategic Inc. Fund | A | Int./Div. | K | T | Sold (part) | 03/31/16 | K | A | 6 add'l sales. See note 6 |
| 135. Loomis Sayles Strategic Income Fund Class A | A | Int./Div. | J | T | Sold (part) | 03/31/16 | K | A | 6 add'l sales. See note 6 |
| 136. Lord Abbett Total Return Fund Class A | A | Int./Div. | J | T | Sold (part) | 03/31/16 | K | A | 6 add'l sales. See note 6 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Pimco Funds: Pimco Real Return Fd Cl A | | None | J | T | Sold (part) | 03/31/16 | K | A | 5 add'l sales. See note 9 |
| 138. Pimco Funds: Pimco Commodity Real Ret Strat Fd Cl A | | | | | Sold | 07/20/13 | J | A | See note 10 |
| 139. BlackRock Funds: Blackrock Glob Alloctn Fd Inc A | A | Dividend | J | T | Sold (part) | 03/31/16 | K | A | 5 add'l sales. See note 9 |
| 140. Yacktman Asset Mgt: Yacktman Fund Service | C | Int./Div. | J | T | Sold (part) | 03/31/16 | K | A | 7 add'l sales. See note 7 |
| 141. UBS Bank USA Deposit Acct (for uninvested funds) | A | Int./Div. | K | T | | | | | |
| 142. end of account | | | | | | | | | |
| 143. Chase Bank accounts | A | Interest | K | T | | | | | |
| 144. Empower Retirement: Key Guaranteed Portfolio Fd | B | Int./Div. | L | T | Buy (add'l) | 11/08/16 | J | | See note 11, Pt VIII |
| 145. PowerMat Ltd | | None | M | U | | | | | |
| 146. Wellsense, Inc., formerly Enhanced Surface Dynamics Inc. | | None | M | U | Buy (add'l) | 12/02/16 | K | | See note 12, Part VIII |
| 147. SPDR S&P 500 ETF (SPY) in Morgan Stanley Roth IRA | A | Int./Div. | J | T | Buy | 01/06/16 | J | | |
| 148. Adjoc Investors LLC | | None | M | U | Buy | 03/20/16 | K | | private placement |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, lines 15-80 (New Combined Account). The accounts identified in prior disclosure reports as "Brokerage Account #2" and "Brokerage Account #3" were combined on March 29, 2016 into one retirement account now called "New Combined Account." For ease of comparison with the last year's report, I have kept the listings in the same order as previously reported for the prior two accounts. For assets previously held in both of the prior accounts, the combined values of such stocks are reported only once for the first listing in Brokerage Account #2; no value will be reported for the second listing of the same stock for Brokerage Account #3, but the line number for the first listing will be noted.

2. Part VII, lines 16, 44, 51. (Ace Ltd., Chubb Corp.). Ace Ltd. bought Chubb in January 2016, but kept the Chubb name. On 1/19/2016, the original shares in Chubb were redeemed and shares in the new company (still named Chubb) were issued and cash paid. The shares in Ace were renamed to Chubb. I have estimated the gain with respect to the cash distribution, which is reported under Chubb.

3. Part VII, lines 36, 49. (PrairieSky Royalty Ltd., Canadian Natural Resources Limited). After Canadian Natural and PrairieSky completed the combination of their royalty businesses on December 16, 2015, PrairieSky issued common shares to Canadian Natural and certain of its wholly-owned affiliates as partial consideration for the sale of the royalty assets to PrairieSky. Canadian Natural later distributed the Prairiesky shares to Canadian Natural shareholders pursuant to a Share Distribution Agreement.

4. Part VII, lines 58, 74 (Health Care REIT, Welltower, Inc.). There was a name change from Health Care REIT to Welltower, Inc. on 9/30/2015, which I improperly reported on the 2015 Financial Disclosure Report as an acquisition of Welltower.

5. Part VII, line 81. (Nanox Imaging Ltd.) As previously reported, interests in Nanox are held in three separate brokerage accounts, two of which are for separate trusts. The amount reported is for the combined value of the investments based on the amount of the investment.

6. Part VII, lines 119, 120, 121, 123, 124, 125, 126, 130, 132, 139 and 139. Besides the reported sale on 3/31/2016 for each asset, six additional sales were made on 4/26/2016, 6/14/2016, 6/23/2016, 8/23/2016, 10/25/2016 and 11/23/2016. The reported amount is the aggregate value of the sales and gains for each. All of the individual transactions involved amounts within value code "J" and most of the transactions were not reportable because they involved amounts less than $1,000 and income of less than $200.

7. Part VII, lines 122, 127, 131, 132, 133, 134, 135, 136 and 140. Besides the reported sale on 3/31/2016 for each asset, seven additional sales were made on 4/26/2016, 5/2/2016, 6/14/2016, 6/23/2016, 8/23/2016, 10/25/2016 and 11/23/2016. The reported amount is the aggregate value of the sales and gains for each. All of the individual transactions involved amounts within value code "J" and most of the transactions were not reportable because they involved amounts less than $1,000 and income of less than $200.

8. Part VII, lines 128, 129. (Virtus Funds). I misreported the holdings in Virtus Funds in my 2014 and 2015 reports by failing to note as to Account #7 that Virtus Mid-Cap Val Fund Cl A was renamed Virtus Contrarian Fund in 2014 and that an additional Virtus fund (the Virtus Multi-Sector Short Term Bond Fund) had been acquired on 6/5/2014 at a value range of "J." Although not reported in this account, the acquisition of the same Virtus had been reported as to a different brokerage account.
Besides the reported sale on 3/31/2016, seven additional sales were made in 2016 for both accounts on 4/26/2016, 5/2/2016, 6/14/2016, 6/23/2016, 8/23/2016, 10/25/2016 and 11/23/2016. The reported amount is aggregate value of the sales and gains. The reported amount is the aggregate value of the sales and gains for each. All of the individual transactions involved amounts within value code "J" and most of the transactions were not reportable because they involved amounts less than $1,000 and income of less than $200.

9. Part VII, line 137. (Pimco Real Return). Besides the reported sale on 1/22/16, five additional sales were made on 4/22/2016, 6/23/2016, 8/23/2016, 10/25/2016 and 11/23/2016. The reported amount is aggregate value of the sales and gains. All of the individual transactions involved amounts within value code "J," with most of the transactions involving amounts of less than $1,000 and income of less than $200.

10. Part VII, line 138 (Pimco Commodity Real Ret Strategy Fund). I failed to report the sale of this asset in earlier reports.

11. Part VII, line 144. (Empower Retirement). In addition to the reported purchase, two additional purchases were made on 11/25/15 and 12/9/15, both within value code [J]. The amount reported on the form is the aggregate value of the investments made.

12. Part VII, line 146. (Wellsense, Inc.) As previously reported, interests are held in three separate brokerage accounts, two of which are for separate trusts. The amounts reported are for the combined values of the investments.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Marilyn D. Go**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544